1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT TUNSTALL,                        No. 2:15-cv-0502 DAD P

12                 Plaintiff,

13        v.                                 ORDER

14   BRIAN DUFFY, et al.,

15                 Defendants.

16

17        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42

18   U.S.C. § 1983 together with a request for leave to proceed in forma pauperis. Plaintiff has not

19   submitted his in forma pauperis request on a proper form.

20        Plaintiff's request for leave to proceed in forma pauperis will be denied, and plaintiff will

21   be granted thirty days to submit a new request on a proper form. Plaintiff is cautioned that the

22   form includes a section that must be completed by a prison official, and the application form must

23   be accompanied by a certified copy of plaintiff's prison trust account statement for the six-month

24   period immediately preceding the filing of this action.

25        Accordingly, IT IS HEREBY ORDERED that:

26        1. Plaintiff's February 11, 2015 request for leave to proceed in forma pauperis (ECF

27   No. 7) is denied without prejudice;

28   /////

1

1        2.  The Clerk of the Court is directed to send plaintiff an Application to Proceed In Forma

2    Pauperis By a Prisoner for use in a civil rights action; and

3        3.  Plaintiff shall submit, within thirty days from the date of this order, a properly

4    completed application to proceed in forma pauperis on the form provided with this order; plaintiff

5    is cautioned that failure to comply with this order or seek an extension of time to do so will result

6    in a recommendation that this action be dismissed without prejudice.

7    Dated:  March 21, 2015

8

9                                                    DALE A. DROZD
                                                     UNITED STATES MAGISTRATE JUDGE

10   DAD:10/md
     tuns0502.3d
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                  2